Date: 05/26/10

# DIVIDENDS REMITTED TO THE COURT

# 150346

Page:

Case Number 09-17036 - VANLOAN, BRYAN C

10 MAY 27 PM 12: 03

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Drs S. Ahuja & P. McNamara** 000006 | | **456.00** | **4.42** |
| **PO Box 74439** | | | |
| **Cleveland, OH 44194** | | | |

CK1005

---------- Remittance Total ---------------          **456.00**       **4.42**

_____

MARY ANN RABIN, Trustee